**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                           Civil Action No. 3:15-cv-05408-WHA

JOHN DOE, subscriber assigned IP address 98.234.125.131,

       Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 98.234.125.131. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 21, 2016

1

Respectfully submitted,

By:    /s/ *Brian M. Heit*
Brian M. Heit
Heit Erlbaum, LLP
6320 Canoga Avenue, 15th Floor
Woodland Hills, CA 91367
Phone: 855-231-9868
Email: brian.heit@helaw.attorney
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Brian M. Heit*
Brian M. Heit